UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TODD M. KORBEL | CIVIL ACTION |
| VERSUS | NO. 06-7283 |
| LEXINGTON INSURANCE COMPANY | SECTION "N" (4) |

### ORDER

The Court has received the Memorandum in Response to Defendant's Second Motion for Partial Summary Judgment [Doc. 76] (Rec. Doc. 77), wherein Plaintiff Korbel states that he is not opposed to the entry of a partial summary judgment holding that the pre-August 15, 2006 version of La. R.S. 22:1892 is applicable to his claim for penalties and that his claim for attorneys' fees is dismissed. Accordingly,

**IT IS ORDERED** that the **Motion for Partial Summary Judgment to Limit Any Award of Statutory Penalties and Dismiss Claim for attorney's Fees by Defendant Lexington Insurance Company (Rec. Doc. 76)** is **GRANTED** as unopposed.

New Orleans, Louisiana, this 1st day of September, 2009.

**KURT D. ENGELHARDT**
**United States District Judge**